UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                          :
                                                          :
In re:                                                    :
                                                          :
                                                          :
                                                          :
ENGAGE INC., et al.,                                      :   Case Nos. 03-43655-JBR,
                                                          :                   et seq.
                                                          :
              Debtors.                                    :   Chapter 11
                                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                          :
                                                          :
ROPES & GRAY LLP, Appellant                               :
                                                          :
                                                          :
                                                          :
              v.                                          :   Case No. 04-cv-40225-DPW
                                                          :
                                                          :
                                                          :
CRAIG J. JALBERT,                                         :
as Liquidating Supervisor, Appellee                       :
                                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**MOTION FOR ORDER CERTIFYING QUESTIONS
OF LAW TO THE MASSACHUSETTS SUPREME JUDICIAL COURT**

Pursuant to Rule 1:03 of the Rules of the Supreme Judicial Court, Ropes & Gray, LLP ("R&G") a party in interest herein, hereby moves this Court to enter an Order certifying the following three questions, which are involved in the above captioned proceeding before this Court, to the Massachusetts Supreme Judicial Court:

1. When a Massachusetts lawyer is representing a Massachusetts client before a federal administrative agency, is the existence of an attorney's lien established by Massachusetts law or by the law of the state in which the federal agency's office happens to be located?

2. Does chapter 221, section 50 of the Massachusetts General Laws grant a Massachusetts attorney a lien on patents and patent applications for patent prosecution work performed on behalf of a client?

3. As a matter of Massachusetts statutory or common law, when a Massachusetts attorney has a lien on a particular cause of action or administrative proceeding, and the action or administrative rights are sold during the pendency of such action or proceeding (e.g., the sale of receivables during a collection action or sale of a patent application), is the attorney's lien extinguished or does it attach to the proceeds of the sale?

Such questions are proper for certification pursuant to Supreme Judicial Court Rule 1:03, the Uniform Certification of Questions of Law Rule, because they are determinative of the cause pending in this Court and there is no controlling precedent in the decisions of the Supreme Judicial Court. A proposed Memorandum and Order which sets forth more fully the reasons for certification is attached herein as Exhibit A.

Dated:  November 9, 2004.                ROPES & GRAY LLP


   /s/  Stephen Moeller-Sally
D. Ross Martin (BBO #629853)
Stephen Moeller-Sally (BBO # 652383)
ROPES & GRAY LLP
One International Place
Boston, Massachusetts  02110
Telephone:  617 951 7000
Telecopier:  617 951 7050