# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

```
------------------------------ x
                               :
In re:                         :
                               :    Case Nos. 03-43655-JBR,
ENGAGE INC., et al.,           :              et seq.
                               :
            Debtors.           :    Chapter 11
                               :
------------------------------ x

------------------------------ x
                               :
ROPES & GRAY LLP, Appellant    :
                               :
                               :
        v.                     :    Case No. 04-cv-40225-DPW
                               :
                               :
CRAIG J. JALBERT,              :
as Liquidating Supervisor, Appellee
                               :
------------------------------ x
```

## CERTIFICATE OF SERVICE

    I, Stephen Moeller-Sally, hereby certify that, on this 9th day of November, 2004, I caused a true and accurate copy of (i) Reply of Ropes & Gray LLP to (A) Answer of the Liquidating Supervisor [Bankruptcy Docket # 626] and (B) Counterstatement of the Liquidating Supervisor of Issues that May be Presented On Appeal and Statement that Appeal is Not as of Right [ Docket # 2] and (ii) Motion for Order Certifying Questions of Law to the Massachusetts Supreme Judicial Court to be delivered to the persons, at the addresses, set forth on the attached Service List, by first class mail, postage prepaid.

                                                    /s/  Stephen Moeller-Sally  
                                               Stephen Moeller-Sally, Esq.  
                                               Ropes & Gray LLP  
                                               One International Place  
                                               Boston, MA 02110  
                                               Tel.: (617) 951-7012  
                                               Fax:  (617) 951-7050

Dated: November 9, 2004

9579825_1

## SERVICE LIST

Office of the U.S. Trustee
600 Main Street, Suite 200
Worcester, MA 01608
Attn: Richard King, Esq.

Craig Jalbert
Verdolino & Lowey
124 Washington Street, Suite 101
Foxboro, MA 02035

Andrew Z. Schwartz
Foley Hoag LLP
Seaport World Trade Center West
155 Seaport Boulevard
Boston, MA 02210

9579825_1