UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: ) | Case Nos. 03-43655-JBR, |
| ) | *et seq.* |
| ENGAGE INC., et al., ) | |
| ) | Chapter 11 |
| Debtors. ) | |
| ) | |
| ) | |
| ROPES & GRAY LLP, Appellant ) | |
| ) | |
| v. ) | Case No. 04-cv-40225-DPW |
| ) | |
| CRAIG J. JALBERT, ) | |
| *as Liquidating Supervisor*, Appellee ) | |

**CERTIFICATE OF SERVICE**

    I, Stephen Moeller-Sally, hereby certify that, on this 15th day of November, 2004, I caused a true and accurate copy of the Brief of Appellants to be delivered to the persons, at the addresses, set forth on the attached Service List, by first class mail, postage prepaid.

               /s/ Stephen Moeller-Sally
              Stephen Moeller-Sally, Esq.
              Ropes & Gray LLP
              One International Place
              Boston, MA 02110
              Tel.: (617) 951-7012
              Fax: (617) 951-7050

Dated: November 15, 2004

9579783_1

| | |
|---|---|
| CMGI<br>c/o C. Hall Swaim, Esq.<br>Paul T. Daley, Esq.<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>60 State Street<br>Boston, MA 02109 | Craig Jalbert<br>Verdolino & Lowey<br>124 Washington Street, Suite 101<br>Foxboro, MA 02035 |
| Office of the U.S. Trustee<br>600 Main Street, Suite 200<br>Worcester, MA 01608<br>Attn:  Richard King, Esq. | Andrew Z. Schwartz<br>Foley Hoag LLP<br>Seaport World Trade Center West<br>155 Seaport Boulevard<br>Boston, MA 02210 |

9579783_1