```
            UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS
```

IN RE: ENGAGE INC. ET AL
_____

ROPES & GRAY LLP
                                    CIVIL ACTION
     v.                             NO. 04-40225-DPW

CRAIG J. JALBERT

## PROCEDURAL ORDER

WOODLOCK, D.J.

   The Notice of Appeal having been filed and assigned **Civil Action No.04-40225-DPW** at the Clerk's Office, on October 29, 2004;

   IT IS HEREBY ORDERED that the Appellant file and serve his brief by **DECEMBER 7, 2004**, and the Appellee file and serve his brief by **DECEMBER 21, 2004**.  The Appellant may file and serve his reply brief by **JANUARY 4, 2005**. The record shall be filed by no later than **JANUARY 4, 2005.**  All issues shall be briefed, including whether certification  to the Massachusetts Supreme Judicial Court is appropriate.

   Failure of the Appellant to file his brief on the date set forth above will result in the entry of an ORDER dismissing the appeal. Failure of the Appellee to file his brief may result in a decision by the Court without further opportunity for the Appellee to present his arguments.

                                    BY THE COURT,

```
                                          /s/ Michelle Rynne
DATE: November 16, 2004                      Deputy Clerk
```