UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| *In re* <br> ENGAGE, INC., *et al.,* Debtors. | ) ) ) ) ) | |
| ROPES & GRAY LLP <br>     Appellant, <br> v. <br> CRAIG R. JALBERT, LIQUIDATING SUPERVISOR OF ENGAGE, INC., <br>     Appellee. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 04-40225-DPW |

**OPPOSITION TO MOTION FOR ORDER CERTIFYING QUESTIONS
OF LAW TO THE MASSACHUSETTS SUPREME JUDICIAL COURT**

For the record, Appellee Craig R. Jalbert, the Liquidating Supervisor of Engage, Inc. and five of its wholly-owned domestic subsidiaries, states his opposition to the "Motion of Ropes and Gray LLP for Order Certifying Questions of Law to the Massachusetts Supreme Judicial Court." As set forth in this Court's November 16, 2004 Procedural Order, the Liquidating Supervisor will set forth the reasons for his opposition in the Brief of Appellee.

       Respectfully submitted,

       CRAIG R. JALBERT, LIQUIDATING
       SUPERVISOR OF ENGAGE, INC.,

       By his attorneys,


          /s/  Richard W. Benka
       Andrew Z. Schwartz (BBO #544653)
       Richard W. Benka (BBO # 37320)
       Euripides D. Dalmanieras (BBO #650985)
       FOLEY HOAG LLP
       Seaport World Trade Center West
       155 Seaport Boulevard
       Boston, MA 02210
       Tel.:  (617) 832-1000
       Fax:  (617) 832-7000
       *bctnotices@foleyhoag.com*

Dated: November 18, 2004

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re* )<br>)<br>ENGAGE, INC., *et al.,* Debtors. )<br>)<br>ROPES & GRAY LLP, )<br>)<br>             Appellant, )<br>)<br>v. )<br>)<br>CRAIG R. JALBERT, LIQUIDATING )<br>SUPERVISOR OF ENGAGE, INC., )<br>)<br>             Appellee. ) | Case No. 04-40225-DPW |

## **CERTIFICATE OF SERVICE**

      I, Elizabeth A. Amoroso, hereby certify that, on this the 18th day of November, 2004, I caused a true and accurate copy of the following:

1. Opposition To Motion For Order Certifying Questions Of Law To The Massachusetts Supreme Judicial Court; and

2. this Certificate Of Service

to be delivered to

D. Ross Martin, Esq.
Ropes and Gray LLP
1 International Place
Boston, MA 02210

- 2 -

by first class mail, postage prepaid.

/s/ Elizabeth A. Amoroso
Elizabeth A. Amoroso
Paralegal
FOLEY HOAG LLP
Seaport World Trade Center West
155 Seaport Boulevard
Boston, MA 02210
Tel.: (617) 832-1000
Dated: November 18, 2004                Fax: (617) 832-7000