UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>ENGAGE INC., et al.,<br><br>　　　　　　　Debtors.<br><br>──────────────────────<br><br>ROPES & GRAY LLP, Appellant<br><br>　　　　v.<br><br>CRAIG J. JALBERT,<br>*as Liquidating Supervisor*, Appellee | Case Nos. 03-43655-JBR,<br>　　　　　　　*et seq.*<br><br>Chapter 11<br><br><br><br><br>Case No. 04-cv-40225-DPW |

**CERTIFICATE OF SERVICE**

　　I, Stephen Moeller-Sally, hereby certify that, on this 24th day of November, 2004, I caused a true and accurate copy of the Opposition of Ropes & Gray LLP to Liquidating Supervisor's Motion to Amend or Clarify Procedural Order to be delivered to the persons, at the addresses, set forth on the attached Service List, by first class mail, postage prepaid.

　　　　　　　　　　　　　　　　　　　　　　/s/  Stephen Moeller-Sally
　　　　　　　　　　　　　　　　　　　　Stephen Moeller-Sally, Esq.
　　　　　　　　　　　　　　　　　　　　Ropes & Gray LLP
　　　　　　　　　　　　　　　　　　　　One International Place
　　　　　　　　　　　　　　　　　　　　Boston, MA 02110
　　　　　　　　　　　　　　　　　　　　Tel.:  (617) 951-7012
　　　　　　　　　　　　　　　　　　　　Fax:   (617) 951-7050

Dated:  November 24, 2004

9579783_1

| | |
|---|---|
| CMGI<br>c/o C. Hall Swaim, Esq.<br>Paul T. Daley, Esq.<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>60 State Street<br>Boston, MA 02109 | Craig Jalbert<br>Verdolino & Lowey<br>124 Washington Street, Suite 101<br>Foxboro, MA 02035 |
| Office of the U.S. Trustee<br>600 Main Street, Suite 200<br>Worcester, MA 01608<br>Attn: Richard King, Esq. | Andrew Z. Schwartz<br>Foley Hoag LLP<br>Seaport World Trade Center West<br>155 Seaport Boulevard<br>Boston, MA 02210 |

9579783_1