UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
OFFICE OF THE CLERK
1101 THOMAS P. ONEILL, JR., FEDERAL BUILDING
10 CAUSEWAY STREET
BOSTON, MASSACHUSETTS 0222-1074

**JAMES M. LYNCH**
CLERK

(617)565-6051
FAX (617)565-6087

**WORCESTER OFFICE**
595 MAIN STREET
WORCESTER, MA 01608-2076
(508)793-0518
FAX (508)793-0541

12/1/04

United States District Court
District of Massachusetts
Harold D. Donohue Federal Building & Courthouse
595 Main Street
Worcester, MA 01608

Bankruptcy Case/Adversary Preceeding In Re: 03-43655
Bankruptcy Case/Adversary Preceeding In Number:

The following is being transmitted to your court:

- ☑ Copy of Notice of Appeal with Order
- ☑ Copy of Bankruptcy Docket
- ☐ Copy of Election to have appeal heard in District Court
- ☐ Copy of Motion for Leave to Appeal With/Without Objections
- ☑ Other Designation by Ropes and Gray LLP

**Please acknowledge receipt of these documents by signing the copy of this letter and returning it to this office for filing.**

○ United States Bankruptcy Court
1101 O'Neill Federal Building
10 Causeway Street
Boston, MA 02222-1074

⊙ United States Bankruptcy Court
211 Donohue Federal Building
595 Main Street
Worcester, MA 01608-2076

---

Date: 12/1/04

DC Case # 04-40225

James M. Lynch
Clerk, U.S. Bankruptcy Court

By the Court,

Anne Harmon
Deputy Clerk
508-770-8913

Receipt is acknowledged of the enclosures referred to above.

District Court Docket Number: _____
Date: 12/1-04

By: _____ Kathy Hassett
Deputy Clerk