## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re:<br><br>ENGAGE INC., et al.,<br><br>                    Debtors.<br><br>_____<br><br>ROPES & GRAY LLP, Appellant<br><br>                    v.<br><br>CRAIG J. JALBERT,<br>*as Liquidating Supervisor*, Appellee | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case Nos. 03-43655-JBR,<br>                    *et seq.*<br><br>Chapter 11<br><br><br><br><br><br>Case No. 04-cv-40225-DPW |

### CERTIFICATE OF SERVICE

    I, Stephen Moeller-Sally, hereby certify that, on this 4th day of January, 2005, I caused a true and accurate copy of the Reply Brief of Appellant to be delivered to the persons, at the addresses, set forth on the attached Service List, by first class mail, postage prepaid.

                                                    /s/ Stephen Moeller-Sally  
                                                   Stephen Moeller-Sally, Esq.  
                                                   Ropes & Gray LLP  
                                                   One International Place  
                                                   Boston, MA 02110  
                                                   Tel.: (617) 951-7012  
                                                   Fax:  (617) 951-7050

Dated: January 4, 2005

9621827_1

| | |
|---|---|
| CMGI<br>c/o C. Hall Swaim, Esq.<br>Paul T. Daley, Esq.<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>60 State Street<br>Boston, MA 02109 | Craig Jalbert<br>Verdolino & Lowey<br>124 Washington Street, Suite 101<br>Foxboro, MA 02035 |
| Office of the U.S. Trustee<br>600 Main Street, Suite 200<br>Worcester, MA 01608<br>Attn: Richard King, Esq. | Andrew Z. Schwartz<br>Foley Hoag LLP<br>Seaport World Trade Center West<br>155 Seaport Boulevard<br>Boston, MA 02210 |

9621827_1