UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| In re: | ) ) ) ) ) | |
| ENGAGE INC., et al., | ) ) ) | Case Nos. 03-43655-JBR, *et seq.* |
| Debtors. | ) ) ) ) | Chapter 11 |
| ROPES & GRAY LLP, Appellant | ) ) ) ) ) | |
| v. | ) ) ) | Case No. 04-cv-40225-DPW |
| CRAIG J. JALBERT, *as Liquidating Supervisor*, Appellee | ) ) ) ) ) | |

NOTICE OF TRANSMITTAL OF RECORD

  Through this Notice of Transmittal of Record, Ropes & Gray LLP ("R&G"), Appellant, confirms that, in compliance with the Procedural Order dated November 16, 2004 (Docket #8), on this date R&G transmitted the Record on Appeal, as designated in the Designation of Items to be Included in the Record on Appeal From Order Sustaining Objection of the Liquidating Supervisor to the Secured Claim of Ropes & Gray LLP (Bankruptcy Docket # 625), to the

chambers of the honorable Judge Douglas P. Woodlock.  R&G further confirms that on this date, R&G also transmitted a copy of the Record on Appeal to counsel of record for the Appellee.

                                        ROPES & GRAY LLP

Dated: January 4, 2005           /s/ Stephen Moeller-Sally
                                           Stephen Moeller Sally (BBO#652383)
                                           D. Ross Martin (BBO#629853)
                                           ROPES & GRAY LLP
                                           One International Place
                                           Boston, Massachusetts 02110
                                           Telephone:   617-951-7000
                                           Telecopier:   617-951-7050