## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In re:<br><br>ENGAGE INC., et al.,<br><br>                Debtors.<br><br><br><br>ROPES & GRAY LLP, Appellant<br><br>        v.<br><br>CRAIG J. JALBERT,<br>*as Liquidating Supervisor*, Appellee | Case Nos. 03-43655-JBR,<br>            *et seq.*<br><br>Chapter 11<br><br><br><br><br><br>Case No. 04-cv-40225-DPW |

### CERTIFICATE OF SERVICE

    I, Stephen Moeller-Sally, hereby certify that, on this 4th day of January, 2005, I caused a true and accurate copy of the Notice of Transmittal of Record to be delivered to the persons, at the addresses, set forth on the attached Service List, by first class mail, postage prepaid.

                                      /s/ Stephen Moeller-Sally
                                 Stephen Moeller-Sally, Esq.
                                 Ropes & Gray LLP
                                 One International Place
                                 Boston, MA 02110
                                 Tel.: (617) 951-7012
                                 Fax: (617) 951-7050

Dated: January 4, 2005

| | |
|---|---|
| CMGI<br>c/o C. Hall Swaim, Esq.<br>Paul T. Daley, Esq.<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>60 State Street<br>Boston, MA 02109 | Craig Jalbert<br>Verdolino & Lowey<br>124 Washington Street, Suite 101<br>Foxboro, MA 02035 |
| Office of the U.S. Trustee<br>600 Main Street, Suite 200<br>Worcester, MA 01608<br>Attn: Richard King, Esq. | Andrew Z. Schwartz<br>Foley Hoag LLP<br>Seaport World Trade Center West<br>155 Seaport Boulevard<br>Boston, MA 02210 |

9621831_1