```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


In re:                          )
                                )
ENGAGE INC., et al.,            )   Case Nos. 03-43655-JBR et seq.
     Debtors.                   )   Chapter 11
                                )
                                )
                                )
ROPES & GRAY, LLP,              )
     Appellant,                 )
                                )   CIVIL ACTION NO.
          v.                    )   04-40225-DPW
                                )
CRAIG J. JALBERT,               )
as Liquidating Supervisor,      )
     Appellee.                  )
```

**JUDGMENT**

WOODLOCK, District Judge

In accordance with this Court's Memorandum and Order dated September 1, 2005, affirming the determination of the Bankruptcy Court that the claim by R&G for attorney's fees owed by the debtor is unsecured, it is hereby ORDERED, ADJUDGED AND DECREED:

**Judgment for the Appellee against the Appellant**

BY THE COURT,

/s/ Michelle Rynne
Deputy Clerk

DATED: September 1, 2005