UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>ENGAGE INC., et al.,<br><br>Debtors.<br>_____<br><br>ROPES & GRAY LLP, Appellant<br><br>v.<br><br>CRAIG J. JALBERT,<br>*as Liquidating Supervisor*, Appellee | Case Nos. 03-43655-JBR,<br>*et seq.*<br><br>Chapter 11<br><br><br><br><br><br>Case No. 04-cv-40225-DPW |

NOTICE OF APPEAL TO
UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

Ropes & Gray LLP ("R&G"), a creditor and party in interest herein, appeals to the United States Court of Appeals for the First Circuit from the final judgment of the district court for the district of Massachusetts, entered in this case on September 1, 2005, affirming the bankruptcy court's determination that R&G's claim for attorneys' fees owed by the above-referenced debtor are unsecured [Docket No. 20] (the "Judgment"). A copy of the Judgment and the accompanying Memorandum and Order [Docket No. 19] are attached hereto as Exhibit A and Exhibit B, respectively.

-2-

The names of all parties to the order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

    Party:        Craig J. Jalbert, as Liquidating Supervisor
    Attorney:    Andrew Z. Schwartz
                  Foley Hoag LLP
                  Seaport World Trade Center West
                  155 Seaport Boulevard
                  Boston, Massachusetts 02110
                  (617) 832-1000

ROPES & GRAY LLP

Dated: September 30, 2005       /s/ D. Ross Martin _____
                                      D. Ross Martin (BBO#629853)
                                      ROPES & GRAY LLP
                                      One International Place
                                      Boston, Massachusetts 02110
                                      Telephone:  617-951-7000
                                      Telecopier:  617-951-7050