```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

In re:                          )
                                )
ENGAGE INC., et al.,            )   Case Nos. 03-43655-JBR et seq.
    Debtors.                    )   Chapter 11
                                )
                                )
                                )
ROPES & GRAY, LLP,              )
    Appellant,                  )
                                )   CIVIL ACTION NO.
        v.                      )   04-40225-DPW
                                )
CRAIG J. JALBERT,               )
as Liquidating Supervisor,      )
    Appellee.                   )

## **JUDGMENT**

WOODLOCK, District Judge

In accordance with this Court's Memorandum and Order dated September 1, 2005, affirming the determination of the Bankruptcy Court that the claim by R&G for attorney's fees owed by the debtor is unsecured, it is hereby ORDERED, ADJUDGED AND DECREED:

**Judgment for the Appellee against the Appellant**

```
                                BY THE COURT,

                                /s/ Michelle Rynne
                                Deputy Clerk
```

DATED: September 1, 2005