**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| | ) | |
| | ) | |
| In re: | ) | Case Nos. 03-43655-JBR, |
| | ) | *et seq.* |
| ENGAGE INC., et al., | ) | |
| | ) | Chapter 11 |
| Debtors. | ) | |
| | ) | |
| _____ | ) | |
| | ) | |
| | ) | |
| ROPES & GRAY LLP, Appellant | ) | |
| | ) | |
| v. | ) | Case No. 04-cv-40225-DPW |
| | ) | |
| CRAIG J. JALBERT, | ) | |
| *as Liquidating Supervisor*, Appellee | ) | |
| | ) | |
| _____ | ) | |

**CERTIFICATE OF SERVICE**

I, Stephen Moeller-Sally, hereby certify that, on this 30th day of September, 2005, I caused a true and accurate copy of the Notice of Appeal to the United States Court of Appeals for the First Circuit to be delivered by first class mail, postage prepaid to:

> Andrew Z. Schwartz
> Richard W. Benka
> Foley Hoag LLP
> Seaport World Trade Center West
> 155 Seaport Boulevard
> Boston, MA 02210.

> ___/s/  Stephen Moeller-Sally_____
> Stephen Moeller-Sally, Esq.
> Ropes & Gray LLP
> One International Place
> Boston, MA 02110
> Tel.:  (617) 951-7012
> Fax:  (617) 951-7050

Dated:  September 30, 2005

9829796_1