UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 04-cv-40225

Ropes & Gray LLP

v.

Craig J. Jalbert

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 9/30/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on October 6, 2005.

Sarah A. Thornton, Clerk of Court

By: _____
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 10/6/05 .

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

APPEAL, BK APP

# United States District Court
## District of Massachusetts (Worcester)
## CIVIL DOCKET FOR CASE #: 4:04-cv-40225-DPW

In Re: Engage Inc., et al  
Assigned to: Judge Douglas P. Woodlock  
Cause: 28:0158 Notice of Appeal re Bankruptcy Matter (BA

Date Filed: 10/29/2004  
Jury Demand: None  
Nature of Suit: 422 Bankruptcy Appeal (801)  
Jurisdiction: Federal Question

### In Re

**Engage Inc., et al**  
*Debtor*

### Appellant

**Ropes & Gray LLP**     represented by **D. Ross Martin**  
Ropes & Gray  
One International Place  
Boston, MA 02110-2624  
617-951-7266  
Fax: 617-951-7050  
Email: RMartin@ropesgray.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Stephen Moeller-Sally**  
Ropes & Gray LLP  
One International Place  
Boston, MA 02110  
617-951-7012  
Fax: 617-951-7050  
Email: ssally@ropesgray.com

*ATTORNEY TO BE NOTICED*

V.

**Appellee**

**Craig J. Jalbert**
*as Liquidating Supervisor*

represented by **Andrew Z. Schwartz**
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210-2600
617-832-1000
Fax: 617-832-7000
Email: aschwartz@foleyhoag.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard W. Benka**
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210-2600
617-832-1103
Fax: 617-832-7000
Email: bctnotices@foleyhoag.com
*ATTORNEY TO BE NOTICED*

**Notice**

**United States Bankruptcy Court**

represented by **United States Bankruptcy Court**
595 Main Street
Worcester, MA 01608
508-770-8900
PRO SE

| Date Filed | # | Docket Text |
|---|---|---|
| 10/29/2004 | 1 | Notice of APPEAL FROM BANKRUPTCY COURT. Bankruptcy Court case number 03-43655. File received, filed by Ropes & Gray LLP.(Hassett, Kathy) (Entered: 10/29/2004) |
| 11/08/2004 | 2 | Response by Craig J. Jalbert *Counter-Statement Of The Liquidating Supervisor Of Issues That May Be Presented On Appeal And Statement That Appeal Is Not As Of Right* with attached Certificate Of Service. (Benka, Richard) (Entered: 11/08/2004) |
| 11/09/2004 | 3 | Response by Ropes & Gray LLP to 2 Response / *Reply of Ropes & Gray LLP to (A) Answer of the Liquidating Supervisor [Bankruptcy Docket # 626] and (B) Counterstatement of the Liquidating Supervisor of Issues that May be Presented on Appeal and Statement that Appeal is Not as of Right [Docket # 2]*. (Moeller-Sally, Stephen) (Entered: 11/09/2004) |
| 11/09/2004 | 4 | MOTION for Order to Certifying Questions of Law to the Massachusetts Supreme Judicial Court by Ropes & Gray LLP. (Attachments: # 1 Exhibit A)(Moeller-Sally, Stephen) (Entered: 11/09/2004) |
| 11/09/2004 | 5 | CERTIFICATE OF SERVICE by Ropes & Gray LLP re 3 Response,, 4 MOTION for Order to Certifying Questions of Law to the Massachusetts Supreme Judicial Court. (Moeller-Sally, Stephen) (Entered: 11/09/2004) |
| 11/15/2004 | 6 | Appellant's BRIEF by Ropes & Gray LLP. Appellee Brief due by 11/30/2004. (Moeller-Sally, Stephen) (Entered: 11/15/2004) |
| 11/15/2004 | 7 | CERTIFICATE OF SERVICE by Ropes & Gray LLP re 6 Appellant's Brief. (Moeller-Sally, Stephen) (Entered: 11/15/2004) |

| | | |
|---|---|---|
| 11/16/2004 | 8 | Bankruptcy Scheduling Order Appellant Brief due by 12/7/2004. Appellee Brief due by 12/21/2004. Appellant Reply Brief due by 1/4/2005. (Rynne, Michelle) (Entered: 11/16/2004) |
| 11/18/2004 | 9 | Opposition re 4 MOTION for Order to Certifying Questions of Law to the Massachusetts Supreme Judicial Court *with attached Certificate Of Service* filed by Craig J. Jalbert. (Benka, Richard) (Entered: 11/18/2004) |
| 11/18/2004 | 10 | MOTION to Amend 8 Bankruptcy Scheduling Order *with attached Certificate Of Service* by Craig J. Jalbert.(Benka, Richard) Additional attachment(s) added on 12/14/2004 (Hurley, Virginia). (Entered: 11/18/2004) |
| 11/19/2004 | | Judge Douglas P. Woodlock : ELECTRONIC ORDER entered re 10 MOTION to Amend or clarify 8 Bankruptcy Scheduling Order filed by Craig J. Jalbert. Ropes and Gray shall file opposition by Wednesday, 11/24/04.(Rynne, Michelle) (Entered: 11/19/2004) |
| 11/24/2004 | 11 | Opposition re 10 MOTION to Amend 8 Bankruptcy Scheduling Order *with attached Certificate Of Service /Opposition of Ropes & Gray LLP to Liquidating Supervisor's Motion to Amend or Clarify Procedural Order* filed by Ropes & Gray LLP. (Moeller-Sally, Stephen) (Entered: 11/24/2004) |
| 11/24/2004 | 12 | CERTIFICATE OF SERVICE by Ropes & Gray LLP re 11 Opposition to Motion,. (Moeller-Sally, Stephen) (Entered: 11/24/2004) |
| 11/30/2004 | | Judge Douglas P. Woodlock : Electronic ORDER entered denying 10 Motion to Amend or clarify procedural order. DENIED, without prejudice to argument in appellee's brief of the issues of appealability raised herein. (Rynne, Michelle) (Entered: 11/30/2004) |

| | | |
|---|---|---|
| 12/01/2004 | 13 | Supplemental filing of Bankruptcy documents (Attachments: # 1 Supplemental Bankruptcy records) (Hassett, Kathy) (Entered: 12/01/2004) |
| 12/14/2004 | | Electronic notice of correction to docket made by Court staff. Correction: document #10 was too large as filed (2.9mb). Court staff retrieved document, split it into two parts and re-attached it to entry #10. (Hurley, Virginia) (Entered: 12/14/2004) |
| 12/21/2004 | 14 | Appellee's BRIEF by Craig J. Jalbert. (Benka, Richard) (Entered: 12/21/2004) |
| 01/03/2005 | | NOTICE of Hearing :Hearing regarding Bankruptcy Appeal set for 3/16/2005 03:00 PM in Courtroom 1 before Judge Douglas P. Woodlock. Parties should be prepared to address all outstanding issues.(Rynne, Michelle) (Entered: 01/03/2005) |
| 01/04/2005 | 15 | Appellant's REPLY BRIEF by Ropes & Gray LLP. (Moeller-Sally, Stephen) (Entered: 01/04/2005) |
| 01/04/2005 | 16 | CERTIFICATE OF SERVICE by Ropes & Gray LLP re 15 Appellant's Reply Brief. (Moeller-Sally, Stephen) (Entered: 01/04/2005) |
| 01/04/2005 | 17 | NOTICE by Ropes & Gray LLP re 8 Bankruptcy Scheduling Order *Transmittal of Record* (Moeller-Sally, Stephen) (Entered: 01/04/2005) |
| 01/04/2005 | 18 | CERTIFICATE OF SERVICE by Ropes & Gray LLP re 17 Notice (Other) *of Transmittal of Record*. (Moeller-Sally, Stephen) (Entered: 01/04/2005) |
| 03/16/2005 | | Electronic Clerk's Notes for proceedings held before Judge Douglas P. Woodlock : Argument on Bankruptcy Appeal held on 3/16/2005. Taken under advisement. (Court Reporter Pam Owens.) (Rynne, Michelle) (Entered: 03/21/2005) |
| 09/01/2005 | 19 | Judge Douglas P. Woodlock : MEMORANDUM AND ORDER affirming Bankruptcy Court decision |

| | | |
|---|---|---|
| | | and ORDER entered denying 4 Motion for Order Certifying Questions. (Woodlock, Douglas) (Entered: 09/01/2005) |
| 09/01/2005 | 20 | Judge Douglas P. Woodlock : ORDER entered. JUDGMENT in favor of Appellee against Appellant. (Rynne, Michelle) (Entered: 09/01/2005) |
| 09/30/2005 | 21 | NOTICE OF APPEAL as to 20 Judgment by Ropes & Gray LLP. $ 255 NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 10/20/2005. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Moeller-Sally, Stephen) (Entered: 09/30/2005) |
| 09/30/2005 | 22 | CERTIFICATE OF SERVICE by Ropes & Gray LLP re 21 Notice of Appeal,. (Moeller-Sally, Stephen) (Entered: 09/30/2005) |
| 09/30/2005 | 23 | DUPLICATE OF ENTRY # 21 NOTICE OF APPEAL by Ropes & Gray LLP. Receipt #67196 $ 255 NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 10/20/2005. (Attachments: # 1 Part 2)(Nici, Richard) Modified on 10/4/2005 (Nici, Richard). (Entered: 10/03/2005) |