# United States Court of Appeals
## For the First Circuit

J. Woodlock
USDC - MA BO

No. 05-2521

**MANDATE**

IN RE: ENGAGE, INC.,

Debtor,

---

ROPES & GRAY, LLP,

Plaintiff, Appellant,

v.

CRAIG J. JALBERT, AS LIQUIDATING SUPERVISOR,

Defendant, Appellee.

---

Before

Selya, Lipez and Howard,
<u>Circuit Judges</u>.

---

JUDGMENT

Entered: December 19, 2005

At appellee's motion, the appeal is <u>dismissed</u> for lack of jurisdiction. The order below is not "final" within the meaning of 28 U.S.C. § 158(d) because it did not conclusively determine appellant's claim insofar as it was contested by the appellee. See <u>In re Harrington</u>, 992 F.2d 3, 5 (1st Cir. 1993).

<u>Dismissed</u>.  Appellee's motion for award of fees is <u>denied</u>.

By the Court:

Richard Cushing Donovan, Clerk.

By: ____JULIE GREGG____
Operations Manager.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk
Deputy Clerk
Date: JAN 11 2006

[cc: D. Ross Martin, Stephen Moeller-Sally, Esq., Andrew Zane Schwartz, Esq., Richard W. Benka, Esq., Euripides Dalmanieras ]